# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, ITS SUCCESSORS AND/OR ASSIGNS,<br><br>                 Plaintiff,<br><br>  v.<br><br>IVAILO MARKOV,<br><br>                 Defendant. | CASE NO. 2:17-cv-1786 JCC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Defendant's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Defendant may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to the parties.

DATED this 5th day of December, 2017.

                                              /s/ Brian A. Tsuchida
                                              BRIAN A. TSUCHIDA
                                              United States Magistrate Judge