THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| U.S. BANK TRUST, as trustee for LSF9 MASTER PARTICIPATION TRUST, <br><br> Plaintiff, <br><br> v. <br><br> IVAILO MARKOV, *et al.*, <br><br> Defendants. | CASE NO. C17-1786-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The parties were ordered to appear before the Court for a status conference on June 12, 2018. (Dkt. No. 7.) The parties did not appear. Accordingly, the parties are ORDERED to show cause why they should not be sanctioned for their failure to appear. Responses shall be no more than three (3) pages and are due within seven (7) days of this order. The Clerk is DIRECTED to mail a copy of this order to the parties.

DATED this 12th day of June 2018.

William M. McCool<br>Clerk of Court<br><br>s/Tomas Hernandez<br>Deputy Clerk

MINUTE ORDER C17-1786-JCC
PAGE - 1