THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| U.S. BANK TRUST, as trustee for LSF9 MASTER PARTICIPATION TRUST,<br><br>     Plaintiff,<br>  v.<br><br>IVAILO MARKOV, *et al.*,<br><br>     Defendants. | CASE NO. C17-1786-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court ordered Defendants to show cause by June 26, 2018 why this Court has jurisdiction to hear this matter. (Dkt. No. 12.) Defendants never responded. Therefore, this matter is REMANDED to Snohomish County Superior Court, where it was originally filed as Case No. 17-2-09656-31. The Clerk is DIRECTED to close the case, terminate Plaintiff's outstanding motion to remand (Dkt. No. 14), and provide the Clerk for Snohomish County Superior Court a copy of this Order.

//

//

//

1    DATED this 27th day of June 2018.

2                                             William M. McCool
                                              Clerk of Court
3
                                              s/Tomas Hernandez
4                                             Deputy Clerk

MINUTE ORDER C17-1786-JCC
PAGE - 2